■ Mary E. Leonard, Esq., as Bankruptcy Trustee, in Regard to the Estate of Samuel VanHorn, Deceased, and Another, Bankruptcy Case No. 04-65584, United States Bankruptcy Court for the Northern District of New York, Respondent, v Thompson & Johnson Equipment Co., Inc., et al., Appellants (Appeal No. 1.) [874 NYS2d 833]—Appeals from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered July 30, 2007 in a personal injury action. The order, insofar as appealed from, denied the motions of defendants for summary judgment dismissing the complaint and cross claims against them.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Martoche, J.P., Fahey, Green and Pine, JJ.